**STATE of Missouri, Respondent,**

v.

**Gregory B. ATKINS, a/k/a Gregory B. Adkins, Appellant.**

**Gregory B. ATKINS (a/k/a Gregory B. Adkins), Appellant,**

v.

**STATE of Missouri, Respondent.**

Nos. WD 49282, WD 51129.

Missouri Court of Appeals, Western District.

Submitted Jan. 18, 1996.

Decided April 16, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 28, 1996.

Application to Transfer Denied Aug. 20, 1996.

Jeannie Arterburn, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Kansas City, for respondent.

Before HANNA, P.J., and SMART and ELLIS, JJ.

### ORDER

PER CURIAM:

Gregory B. Atkins appealed his conviction of rape, § 566.030.3, RSMo Supp.1992, and five counts of sodomy, § 566.060.3, RSMo Supp.1992. Atkins also appealed the denial of his Rule 29.15 motion for post-conviction relief. Atkins was sentenced as a prior and persistent offender to thirty years imprisonment on each count, to be served concurrently. This court has carefully considered Atkins' contentions on appeal, and determines that there is no showing that Atkins is entitled to relief.

The judgments of conviction, and the judgment affirming the motion court's denial of post-conviction relief are affirmed. Rule 84.16(b) and Rule 30.25(b).